| | |
|---|---|
| Lauren Goldberg | Anjanette Cabrera |
| The Law Offices of Lauren Goldberg, PLLC | Constangy, Brooks, Smith & Prophete |
| 3 Columbus Circle, 15th Floor | 620 Eighth Avenue, 38th Floor |
| New York, New York 10019 | New York, New York 10018 |
| Phone: 646.452.8380 | Phone: 646.341.6536 |
| Email: lg@lgoldberglaw.com | Email: acabrera@constangy.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

December 5, 2019

**Via ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    George Abdelsayed v. New York University et. al., Case No. 17-cv-9606 (VSB)

The Honorable Vernon S. Broderick:

The parties respectfully request that the post-discovery conference that is currently scheduled for December 13, 2019 be adjourned for a date after January 31, 2020. On December 4, 2019, Hon. Katharine Parker granted the parties an expert discovery extension in this case until January 31, 2020 [See Document 86]. Accordingly, given the new deadline in the case, the parties request that the Court reschedule the December 13th conference.

Thank you for Your Honor's consideration of this request.

                                                                Respectfully Submitted,

                                                               */s/ Lauren Goldberg*
                                                                Lauren Goldberg

                                                               */s/ Anjanette Cabrera*
                                                                Anjanette Cabrera

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**  12/6/2019

The post-discovery conference scheduled for December 13, 2019 is adjourned to February 14, 2020 at 12:00 p.m.