Lauren Goldberg  
The Law Offices of Lauren Goldberg, PLLC  
3 Columbus Circle, 15th Floor  
New York, New York 10019  
Phone: 646.452.8380  
Email: lg@lgoldberglaw.com  
**Attorney for Plaintiff**

Anjanette Cabrera  
Constangy, Brooks, Smith & Prophete  
620 Eighth Avenue, 38th Floor  
New York, New York 10018  
Phone: 646.341.6536  
Email: acabrera@constangy.com  
**Attorney for Defendants**

January 15, 2020

**MEMO ENDORSED**

**VIA ECF**  
The Honorable Katharine H. Parker  
United States Magistrate Judge  
United States District Court for the Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 01/15/2020

Re: **Abdelsayed v. NYU, Case No. 1:17-cv-09606-VSB-KHP**

The Honorable Katharine H. Parker:

Plaintiff George Abdelsayed and Defendants New York University, NYU Langone Medical Center, NYU School of Medicine, and NYU Langone Hospital-Brooklyn f/k/a NYU Lutheran Medical Center submit this joint letter to provide the Court with a status update on expert discovery in lieu of the status conference scheduled for January 21, 2020. The parties are once again happy to report that expert discovery is going smoothly and that there are no expert discovery issues between the parties that require a Court ruling. The deposition of Dr. Steven Shapiro (Plaintiff's damages expert) took place on December 12, 2019, and the depositions of Dr. Susan Williams (Plaintiff's medical expert) and Dr. Charlie Diamond (Defendants' damages expert) are scheduled for January 17, 2020, and January 31, 2020, respectively.

The expert discovery deadline is January 31, 2020.

We understand the Court may still require an appearance, but the parties wish to update the Court on their progress.

Respectfully submitted,

*/s/ Lauren Goldberg*  
Lauren Goldberg

*/s/ Anjanette Cabrera*  
Anjanette Cabrera

**APPLICATION GRANTED:** The Status Conference scheduled for Tuesday, January 21, 2020 at 11:15 a.m. is rescheduled to **Wednesday, February 5, 2020 at 12:00 p.m.** The deadline for discovery is extended to **February 5, 2020**.

APPLICATION GRANTED

01/15/2020

Hon. Katharine H. Parker, U.S.M.J.