| | |
|---|---|
| Lauren Goldberg<br>The Law Offices of Lauren Goldberg, PLLC<br>3 Columbus Circle, 15th Floor<br>New York, New York 10019<br>Phone: 646.452.8380<br>Email: lg@lgoldberglaw.com<br>**Attorney for Plaintiff** | Anjanette Cabrera<br>Constangy, Brooks, Smith & Prophete<br>620 Eighth Avenue, 38th Floor<br>New York, New York 10018<br>Phone: 646.341.6536<br>Email: acabrera@constangy.com<br>**Attorney for Defendants** |

February 3, 2020

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2020

<u>VIA ECF</u>
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     <u>Abdelsayed v. NYU, Case No. 1:17-cv-09606-VSB-KHP</u>

The Honorable Katharine H. Parker:

Plaintiff George Abdelsayed and Defendants New York University, NYU Langone Medical Center, NYU School of Medicine, and NYU Langone Hospital-Brooklyn f/k/a NYU Lutheran Medical Center submit this joint letter to provide the Court with an update on the case status in lieu of the conference scheduled for February 5, 2020.

The parties are happy to report that expert discovery is complete.  The depositions of Dr. Steven Shapiro (Plaintiff's damages expert), Dr. Susan Williams (Plaintiff's medical expert), and Dr. Charlie Diamond (Defendants' damages expert) are all complete.

The parties do not wish to engage in settlement discussions and instead would like to proceed with dispositive motion briefing.  The parties note that there is a post-discovery conference scheduled with The Honorable Vernon S. Broderick on February 14, 2020, where the parties are prepared to discuss dispositive motion briefing.

We understand the Court may still require an appearance on February 5, 2020, but the parties wanted to update the Court on the case status.

Respectfully submitted,

*/s/ Lauren Goldberg*
Lauren Goldberg

*/s/ Anjanette Cabrera*
Anjanette Cabrera

**The Court thanks the Parties' for their status update.  The Status Conference scheduled for <u>Wednesday, February 5, 2020 at 12:00 p.m. is hereby adjourned.</u>**

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**02/03/2020**