**LAW OFFICES OF LAUREN GOLDBERG, PLLC**
3 COLUMBUS CIRCLE, 15TH FLOOR
NEW YORK, NEW YORK 10006
lg@lgoldberglaw.com

TELEPHONE: (646) 452-8380                                   FACSIMILE: (646) 452-8663

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021
```

**MEMO ENDORSED**

December 2, 2021

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **Abdelsayed v. NYU et al., Case No. 17 CV 09606(VSB)(KHP)**

The Honorable Katharine H. Parker:

      I represent the Plaintiff in the above referenced case and am writing to request an adjournment of the pre-settlement telephone conference that is currently scheduled for January 11, 2022. I have a trial that is scheduled to begin on January 11, 2022 in the Eastern District of New York. The case is Hernandez et al v. The Money Source 17 CV 6919 and is before Judge Gary R. Brown. The trial is expected to last 3 weeks. I would ask that the settlement conference be moved either before January 11, 2022 or after February 1, 2022.

                                            Respectfully Submitted,

                                                    /s/
                                               Lauren Goldberg

Cc:    Stephen Stecker, Esq. (via ECF)
Cc:    Anjanette Cabrera, Esq. (via ECF)

---

**APPLICATION GRANTED:** The Pre-settlement telephone conference in this matter scheduled on Tuesday, January 11, 2022 at 12:30 p.m. in advance of a settlement conference is hereby rescheduled to <u>Thursday, February 3, 2022 at 12:30 p.m.</u> The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
12/02/2021