**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGE ABDELSAYED,

                Plaintiff,                17 **CIVIL** 9606 (VSB)

      -against-                          **JUDGMENT**

NEW YORK UNIVERSITY, NYU
LANGONE MEDICAL CENTER, NYU
SCHOOL OF MEDICINE, & NYU
LANGONE HOSPITAL-BROOKLYN F/K/A
NYU LUTHERAN MEDICAL CENTER,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2023, Defendants' motion to exclude the testimony of Dr. Williams is GRANTED, and Defendants' motion for summary judgment is also GRANTED and Plaintiff's claims are dismissed in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York
         July 24, 2023

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                 **BY:**      *K. Mango*

                                                         **Deputy Clerk**